Peter K. Rosen, Esq.
JAMS
555 W. 5th Street, 32nd Floor
Los Angeles, CA 90012
tel: 213-620-1133

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Joseph Knox-White | Plaintiff(s) | CASE NUMBER: 2:18-cv-06679-AB-JEM |
| v. | | |
| Capital One Bank (USA), N.A. | Defendant(s). | MEDIATION REPORT |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☐ A mediation was held on (date): _____.

   ☑ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☐ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
     - ☐ Other:

3. Did the case settle?
   - ☑ Yes, fully, on or before May, 17, 2019 (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? _____.

Dated: May 20, 2019

_____
Signature of Mediator
Peter K. Rosen
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*